1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA FIELD IRONWORKERS PENSION TRUST; CALIFORNIA FIELD IRONWORKERS WELFARE PLAN; CALIFORNIA FIELD IRONWORKERS VACATION TRUST; CALIFORNIA FIELD IRONWORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; CALIFORNIA AND VICINITY FIELD IRONWORKERS ANNUITY TRUST FUND; CALIFORNIA FIELD IRONWORKERS ADMINISTRATIVE TRUST; CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST; AND IRONWORKERS EMERGENCY RELIEF FUND,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTH VALLEY MECHANICAL CONTRACTORS, INC., a California corporation,<br><br>Defendant. | Case No. CV 01-1593 MMM (MANx)<br><br>[PROPOSED] RENEWAL OF JUDGMENT |

The Application of Judgment Creditors for Renewal of Judgment, originally entered by this Court on April 25, 2001, has been considered, upon GOOD CAUSE

APPEARING, it is ordered that:

The Judgment Creditors, the California Field Ironworkers Pension Trust, the California Field Ironworkers Welfare Plan, the California Field Ironworkers Vacation Trust, the California Field Ironworkers Apprenticeship Training and Journeyman Retraining Fund, the California and Vicinity Field Ironworkers Annuity Trust Fund, the California Field Ironworkers Administrative Trust and the California Field Ironworkers Labor Management Cooperative Trust and the Ironworkers Emergency Relief Fund, shall have a Renewal of Judgment against the Judgment Debtor, SOUTH VALLEY MECHANICAL CONTRACTORS, INC., for $37,081.47.

Renewal of money judgment

| | |
|---|---|
| a. Total Judgment | $26,490.66 |
| b. Costs after Judgment | $      0.00 |
| c. Subtotal (a. and b.) | $26,490.66 |
| d. Credits after Judgment | $      0.00 |
| e. Subtotal (d. from c.) | $26,490.66 |
| f. Interest after Judgment | $10,590.81 |
| g. Fee for filing renewal application | $      0.00 |
| h. Total renewed Judgment (e., f., and g.) | **$37,081.47** |

This Renewal of Judgment extends the period of enforceability of the Judgment until 10 years from the date of the Application for Renewal was filed.

DATED: 4/8/11            Clerk, by _____, Deputy

- 2 -

[Proposed] Renewal of Judgment                              Case No. CV 01-1593 MMM (MANx)